UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JUAN MOLINA and ALICIA MOLINA, | § § | |
| Plaintiffs, | § § | |
| v. | § § | |
| GREGORY FUNDING, LLC and BARCLAYS MORTGAGE TRUST 2021-NPL1, MORTGAGE BACKED SECURITIES, SERIES 2021-NPL1, BY U.S. BANK NATIONAL ASSOCIATION, AS INDENTURED TRUSTEE, | § § § § § § § | Case No. 3:23-cv-01576-B |
| Defendants. | § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The District Judge has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated October 7, 2024 (ECF No. 41) and the Magistrate Judge's Order Withdrawing In Part dated November 1, 2024 (ECF No. 47). The District Judge has reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the District Judge accepts the Findings, Conclusio

**SO ORDERED**, this 22nd day of December, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE